# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154314

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                  SC: 154314
                                  COA: 325626

RODNEY DARRELL DAVIS,
          Defendant-Appellant.
                                  Wayne CC: 14-006492-FC

_____/

      On order of the Court, the application for leave to appeal the June 28, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk

a0424